IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAYLA BRAZWELL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 1:24-cv-01021-DAE |
| BAYLOR SCOTT & WHITE HEALTH, | § | |
| | § | |
| Defendant. | § | |

ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is Plaintiff Layla Brazwell's ("Plaintiff") Motion for Leave to Amend Complaint, filed on October 11, 2024. (Dkt. # 8.) Defendant Scott & White Memorial Hospital[1] ("Defendant") filed a response on October 15, 2024. (Dkt. # 10.) This case was transferred to the undersigned pursuant to the Amended Order Assigning Business of the Court on November 7, 2024. (Dkt. # 11.)

On March 4, 2025, United States Magistrate Judge Howell issued his Report and Recommendation that this Court grant Plaintiff's Motion. (Dkt. # 14.) Objections to the Report and Recommendation were due within 14 days after

---

[1] Defendant notes it was incorrectly identified as Baylor Scott & White Health. (Dkt. # 10 at 1.)

1

service of a copy. Neither party filed objections to the Report and Recommendation.

Where neither party objects to the Magistrate Judge's findings, the Court reviews the Report and Recommendation for clear error.  <u>United States v. Wilson</u>, 864 F.2d 1219, 1221 (5th Cir. 1989).  After careful consideration, the Court adopts the Report and Recommendation.  The Report appropriately considered the standard set out in Federal Rule of Civil Procedure 15(a)(1) for amending a complaint as a matter of course.  The Court finds that the Magistrate Judge's conclusions and recommendation to grant Plaintiff's motion to amend the complaint is neither clearly erroneous nor contrary to law.

For the reasons given, the Court **ADOPTS** the United States Magistrate Judge Howell's Report and Recommendation (Dkt. # 14) as the opinion of the Court.  Plaintiff's Motion for Leave to Amend Complaint (Dkt. # 8) is **GRANTED**.

**IT IS SO ORDERED.**

Dated: Austin, Texas, April 1, 2025.

_____
David Alan Ezra
Senior United States District Judge